# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL CASTILLO-SANCHEZ,<br><br>Petitioner<br><br>v.<br><br>DWIGHT NEVEN,<br><br>Respondents | Case No. 2:18-cv-01598-JAD-NJK<br><br>**Order Granting IFP Status, Denying Motion for Counsel, and Directing Petitioner to File Petition**<br><br>[ECF Nos. 3, 5] |

Petitioner has filed an application to proceed *in forma pauperis* (ECF No. 3). The court finds that petitioner is unable to pay the filing fee.

Petitioner has not submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner needs to file a petition for this action to proceed.

Petitioner has filed a motion for appointment of counsel (ECF No. 5), but the court cannot evaluate whether counsel is necessary because petitioner has not filed a petition.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* **[ECF No. 3] is GRANTED**; Petitioner need not pay the $5.00 filing fee.

IT FURTHER IS ORDERED that **the motion for appointment of counsel [ECF No. 5] is DENIED without prejudice.**

IT FURTHER IS ORDERED that the clerk of the court is directed to **SEND petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions. Petitioner has until April 11, 2019, to file a proper petition using this form.** Petitioner must place the case number, 2:18-cv-01598-JAD-NJK, in the space provided on the form. Neither this April 11, 2019, deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner always remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely

asserting claims.  **Failure to comply with this order will result in the dismissal of this action.**

Dated: March 12, 2019

_____
U.S. District Judge Jennifer A. Dorsey