# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAFAEL CASTILLO-SANCHEZ,

Petitioner

v.

DWIGHT NEVEN,

Respondents

Case No. 2:18-cv-01598-JAD-NJK

**Order Dismissing Action**

ECF No. 7

When petitioner commenced this action, he did not submit a petition for a writ of habeas corpus. On March 12, 2019, the court directed petitioner to file a petition. Petitioner has not filed a petition within the allotted time, so the court dismisses this action without prejudice and makes no comment whether a subsequently commenced action will be timely under 28 U.S.C. § 2244(d)(1).

Petitioner filed another motion for appointment of counsel (ECF No. 7). Like his last motion,[1] the court denies this one because petitioner never filed a petition, making it impossible for the court to evaluate his claims.

IT THEREFORE IS ORDERED that petitioner's motion for appointment of counsel **(ECF No. 7) is DENIED.**

IT FURTHER IS ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to file a petition for a writ of habeas corpus. The clerk of the court is directed to add Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents, electronically serve upon respondents a copy of this order, ENTER JUDGMENT accordingly, and CLOSE THIS ACTION.

---

[1] ECF No. 5.

1

IT FURTHER IS ORDERED that a certificate of appealability will not issue because reasonable jurists would not find the court's conclusions to be debatable or wrong.

DATED: May 7, 2019

_____
JENNIFER A. DORSEY
United States District Judge