**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Rafael Castillo-Sanchez,

                Petitioner

    v.

Dwight Neven, *et al.*,

                Respondents

Case No. 2:18-cv-01598-JAD-NJK

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 16

Petitioner Rafael Castillo-Sanchez brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for murder.[1] Castillo-Sanchez's counseled first amended petition is due August 11, 2020. Castillo-Sanchez now moves to extend the time to file a first amended petition because of the large record in this case, hearings in other cases, medical problems, and continued disruption due to the COVID-19 pandemic.[2] The motion is unopposed. Good cause appearing,

///

///

///

///

---

[1] ECF No. 4.

[2] ECF No. 16.

**IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 16] is GRANTED. Petitioner's deadline to file a counseled first amended petition for writ of habeas corpus is extended to February 8, 2021.**

Dated: November 9, 2020

_____
U.S. District Judge Jennifer A. Dorsey