# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Rafael Castillo-Sanchez,<br><br>　　　　　　Petitioner<br><br>　　v.<br><br>Dwight Neven, *et al.*,<br><br>　　　　　　Respondents | Case No. 2:18-cv-01598-JAD-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>ECF No. 18 |

Petitioner Rafael Castillo-Sanchez brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for murder.[1] Castillo-Sanchez's counseled first amended petition is due February 8, 2021. Castillo-Sanchez now moves to extend the time to file a first amended petition because of the large record in this case and work in other cases.[2] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 18] is GRANTED. Petitioner's deadline to file a counseled first amended petition for writ of habeas corpus is extended to April 9, 2021.**

Dated: February 5, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 4.
[2] ECF No. 18.