# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Rafael Castillo-Sanchez,<br><br>　　Petitioner<br><br>v.<br><br>Dwight Neven, *et al.*,<br><br>　　Respondents | Case No.: 2:18-cv-01598-JAD-NJK<br><br>**Order Granting Unopposed Motions for Extension of Time**<br><br>[ECF Nos. 20, 22] |

Petitioner Rafael Castillo-Sanchez brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for murder.[1] Castillo-Sanchez's counseled first amended petition was due April 9, 2021. Castillo-Sanchez moved to extend the time to file the first amended petition because of personal problems.[2] The motion was unopposed. Castillo-Sanchez has now filed the first amended petition.[3] Good cause appearing, I grant this motion.

Respondents move to extend the time to respond to the first amended petition, citing the need to index state-court documents and a previously scheduled vacation.[4] The motion is unopposed. Good cause appearing, I grant this motion, too.

**IT THEREFORE IS ORDERED** that Petitioner's Unopposed Motion for Extension of Time **[ECF No. 20] is GRANTED.**

---

[1] ECF No. 4.
[2] ECF No. 20.
[3] ECF No. 21.
[4] ECF No. 22.

**IT FURTHER IS ORDERED** that Respondents' Unopposed Motion for Enlargement of Time **[ECF No. 22] is GRANTED. Respondents' deadline to file a response to the first amended petition is extended to August 13, 2021.**

Dated: June 2, 2021

_____
U.S. District Judge