# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Rafael Castillo-Sanchez,<br><br>    Petitioner<br><br>v.<br><br>Dwight Neven, *et al.*,<br><br>    Respondents | Case No.: 2:18-cv-01598-JAD-NJK<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 24] |

Petitioner Rafael Castillo-Sanchez brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for murder.[1] Respondents now move to extend the time to respond to the first amended petition because of the need to index state-court documents and a previously scheduled vacation.[2] The motion is unopposed. Good cause appearing, I grant this motion.

**IT THEREFORE IS ORDERED** that Respondents' Unopposed Motion for Enlargement of Time **[ECF No. 24] is GRANTED. Respondents' deadline to file a response to the first amended petition is extended to September 27, 2021.**

Dated: August 10, 2021

                                                                                                         _____
                                                                                                         U.S. District Judge

---

[1] ECF No. 4.

[2] ECF No. 24.