# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Rafael Castillo-Sanchez,

    Petitioner

v.

Dwight Neven, *et. al.*,

    Respondents.

Case No.: 2:18-cv-01598-JAD-NJK

**Order Granting Unopposed Motion for Extension of Time**

**[ECF No. 36]**

Respondents bring an unopposed motion to extend the time to file an answer to Petitioner's first-amended petition.[1] This is Respondents' first request for an extension. So, with good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 36] is GRANTED**. Respondents have **until September 2, 2022, to file an answer to the first-amended petition.**

                                                                U.S. District Judge Jennifer A. Dorsey
                                                                       June 27, 2022

---

[1] ECF No. 36.