# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Rafael Castillo-Sanchez,

     Petitioner

v.

Dwight Neven, *et. al.*,

     Respondents.

Case No.: 2:18-cv-01598-JAD-NJK

**Order Granting Unopposed Motion for Extension of Time**

**[ECF No. 39]**

     Petitioner Rafael Castillo-Sanchez brings an unopposed motion to extend the time to file a reply to the answer to the first amended petition.[1]  This is petitioner's first request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 39] is GRANTED**.  Petitioner will have **until December 29, 2022, to file a reply to the answer to the first amended petition.**

_____
U.S. District Judge Jennifer A. Dorsey
September 29, 2022

---

[1] ECF No. 39.