# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Rafael Castillo-Sanchez,

    Petitioner

v.

Dwight Neven, *et. al.*,

    Respondents.

Case No.: 2:18-cv-01598-JAD-NJK

**Order Granting Unopposed Motion for Extension of Time**

**[ECF No. 46]**

    Petitioner Rafael Castillo-Sanchez brings an unopposed motion to extend the time to file a reply to the answer to the first amended petition.[1]  This is petitioner's third request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 46] is GRANTED**.  Petitioner will have **until March 29, 2023, to file a reply to the answer to the first amended petition.**

    _____
    U.S. District Judge Jennifer A. Dorsey
    February 24, 2023

---

[1] ECF No. 46.