# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Rafael Castillo-Sanchez,

    Petitioner

v.

Dwight Neven, et al.,

    Respondents

Case No. 2:18-cv-01598-JAD-NJK

**Order Directing Respondents to Comply with LR IC 6-1**

Petitioner Rafael Castillo-Sanchez brings this petition for federal habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court convictions for first-degree murder with a deadly weapon and assault with a deadly weapon. This matter is poised for merits review, however, Respondents filed certain exhibits[1] that do not comply with the redaction requirements of LR IC 6-1(a)(1), (3), and (5).[2] Compelling reasons exist to seal the exhibits, and file redacted versions of the exhibits, as they contain personal-data identifiers, and parties cannot change filings.

IT IS THEREFORE ORDERED that Respondents **have until June 9, 2023, to file redacted copies of the exhibits identified in footnote 1 of this Order** in compliance with LR IC 6-1(a)(1), (3), and (5).

IT IS FURTHER ORDERED that **the clerk of the court shall seal the exhibits identified in footnote 1** of this Order.

Dated: May 21, 2023

                                                   U.S. District Judge Jennifer A. Dorsey

---

[1] *See* ECF Nos. 27-1, 28-1, 28-24, 28-26, 28-27, 28-28, 28-34, 29-4, 29-3, 29-11, 29-26, 29-36, 29-52, 29-54, 29-55, 29-56, and 30-16.

[2] *See* LR IC 6-1(a)(1) ("If an individual's Social Security number must be included, only the last four digits of that number should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").